MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> RAFAEL CALDERON TURCIOS, </br>   a/k/a Jose Antonio Pineda, </br>   a/k/a Jose Gonzales, </br>   a/k/a Rafael Antonio Turcios, </br></br> Defendant. | No. CR 11-0074 RS </br></br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

    On March 1, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to March 22, 2011. The parties have agreed to exclude the period of time between March 1, 2011 and March 22, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

1  At the hearing, the Court made findings consistent with this agreement.
2      SO STIPULATED:
3
4                                    MELINDA HAAG
                                     United States Attorney
5
6  DATED: March 17, 2011              _____/s/_____
                                     LOWELL C. POWELL
7                                    Special Assistant United States Attorney
8
9  DATED: March 17, 2011              _____/s/_____
                                     ELIZABETH FALK
10                                   Attorney for RAFAEL CALDERON TURCIOS

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS

1
2                           [PROPOSED] ORDER
3       For the reasons stated above and at the March 1, 2011 hearing, the Court finds that the
4  exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 1,
5  2011 through March 22, 2011 is warranted and that the ends of justice served by the continuance
6  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
7  §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the
8  defendant of continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).
9
10      IT IS SO ORDERED.
11
12  DATED:_3/17/11_____          _____
                                  THE HONORABLE RICHARD SEEBORG
13                                United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0073 RS